UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL FEDERATION OF THE BLIND**, <br><br> Plaintiff <br><br> v. <br><br> **DEPARTMENT OF JUSTICE; TODD BLANCHE**, in his official capacity as Acting Attorney General; **DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of the Department of Health and Human Services. <br><br> Defendants. | **Case No.** 1:26-cv-02007-RDB |

**MOTION TO STRIKE**

Counsel for Defendants moves to strike ECF 12, which was filed in error.  Undersigned counsel apologizes for the mistake.  A proposed order is attached.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

 /s/
Molissa H. Farber
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4862
Molissa.Farber@usdoj.gov

1