# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **NATIONAL FEDERATION OF THE BLIND**, <br><br> Plaintiff <br><br> v. <br><br> **DEPARTMENT OF JUSTICE; TODD BLANCHE**, in his official capacity as Acting Attorney General; **DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of the Department of Health and Human Services. <br><br> Defendants. | **Case No.** 1:26-cv-02007-RDB |

## ORDER

Upon consideration of the Motion to Strike ECF 12 and finding good cause therefore, it is

this _____ day of July, 2026, hereby ORDERED that the motion is GRANTED.  The Clerk is

INSTRUCTED to STRIKE ECF 12 from the record.


_____
Richard D. Bennett
United States District Judge

1