## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL FEDERATION OF THE BLIND**,<br><br>      Plaintiff<br><br>v.<br><br>**DEPARTMENT OF JUSTICE; TODD BLANCHE**, in his official capacity as Acting Attorney General; **DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of the Department of Health and Human Services.<br><br>      Defendants. | **Case No.** 1:26-cv-02007-RDB |

## ORDER

Upon consideration of the Motion to Strike ECF 12 and finding good cause therefore, it is this __13th__ day of July, 2026, hereby ORDERED that the motion is GRANTED.  The Clerk is INSTRUCTED to STRIKE ECF 12 from the record.

/s/

_____
Richard D. Bennett
United States District Judge

1